In the Matter of ANNA M. REGER, as Administratrix of the Estate of FREDERICK REGER, Deceased, Respondent, *v.* JOHN F. O'RYAN, as Police Commissioner of the City of New York, Appellant.

In the Matter of ARTHUR H. KNOTT, Respondent, *v.* JOHN F. O'RYAN, as Police Commissioner of the City of New York, Appellant.

In the Matter of LOUIS M. J. EISNER, Respondent, *v.* JOHN F. O'RYAN, as Police Commissioner of the City of New York, Appellant.

(Argued November 19, 1934; decided December 4, 1934.)

*Paul Windels*, Corporation Counsel (*Edmund L. Palmieri* and *Paxton Blair* of counsel), for appellant.

*Jacob Shientag* for respondents.

In each proceeding, appeal dismissed, with one bill of costs, on the authority of *Matter of Gibson* (195 N. Y. 466). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.